THERESA STEFFAN, Appellant, *v.* ANTHONY C. STEFFAN, Respondent.

*Steffan* v. *Steffan,* 126 App. Div. 920, affirmed.
(Argued May 11, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 6, 1908, affirming a judgment in favor of plaintiff entered

upon a verdict and an order denying a motion for a new trial in an action for money had and received.

*Frank Gibbons* for appellant.

*Philip A. Laing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Absent: CULLEN Ch. J.